UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID SLOANE, | ) |
| | ) |
| Petitioner, | ) |
| | ) Civil Action No. 04-40075-DPW |
| v. | ) |
| | ) |
| DAVID L. WINN, | ) |
| | ) |
| Respondent. | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ George B. Henderson, II
GEORGE B. HENDERSON, II
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

CERTIFICATE OF SERVICE

I certify that on this day I served the above Notice by mailing a copy of same, postage prepaid, first class mail upon all parties of record.

This 24th day of May, 2004.

/s/ George B. Henderson, II
GEORGE B. HENDERSON, II
Assistant U.S. Attorney