IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID SLOANE,<br>    Petitioner<br><br>    v.<br><br>DAVID WINN,<br>    Respondent | No. 04-40075 |

MOTION FOR EXPEDITED REVIEW

NOW COMES Petitioner, David Sloane, and respectfully files this Motion for Expedited Review; in support thereof, he avers the following:

1. Petitioner filed the <u>Petition</u> and <u>Memorandum of Law</u> by U. S. Mail on May 13, 2004, and they were received and time-stamped by the Court on May 17, 2004.

2. If Petitioner's claim were to be upheld on all issues, Respondent would be required by the Court to take action that would place Petitioner in a Community Correction Center and/or on Home Confinement <u>no later than</u> August 23, 2004.

3. Delays in the adjudication of the merits of this claim could result in irreparable harm to Petitioner by depriving him of time in such placement and or timely release from incarceration to which he is arguably entitled.

WHEREFORE, Petitioner moves the Court to expedite the processing

of this matter and proceed toward resolution as quickly as possible, forestalling any attempted delays on the part of the Respondent.

> Respectfully submitted,
>
> David Sloane
> Petitioner, pro se

CERTIFICATE OF SERVICE

I, David Sloane, Petitioner, pro se, do hereby certify that I have served Respondent with a copy of this Motion for Expedited Review by depositing same in the mailbox provide at the Federal Medical Center - Devens for outgoing legal mail, postage prepaid, on May 23, 2004, addressed to:

> David L. Winn, Warden
> Federal Medical Center - Devens
> 48 Patton Road
> Ayer, MA 01432

> David Sloane
> Petitioner, pro se