UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID SLOANE, )
    Petitioner, )
)
v. )  Civ. Action No. 04-CV-40075
)
DAVID L. WINN, Warden, )
    Respondent. )
)

### DECLARATION OF STEPHANIE SCANNELL

I, Stephanie Scannell, hereby make the following declaration:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice as a Paralegal Trainee at the Consolidated Legal Center located at the Federal Medical Center (FMC) in Devens, Massachusetts. I have been employed at this position since approximately March 9, 2003, and have been with the BOP since October 6, 2002.

2. In order to perform my official duties as Paralegal Trainee, I have access to numerous records regarding prisoners maintained in the ordinary course of business at FMC Devens. This information includes, but is not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on SENTRY, the Bureau of Prisons computerized data base.

3. I have access to the various databases and files concerning administrative remedy claims filed pursuant to the Administrative Remedy Program, which are maintained by the Bureau of Prisons in the ordinary course of business. In particular, I have access to SENTRY, which maintains a record of all of the administrative remedies filed by an inmate, the dates thereof, and the dispositions. These records reflect every administrative remedy claim filed by an inmate in the Bureau of Prisons, while housed in any federal institution of the Bureau of Prisons.

4.  On May 26, 2004, I ran a SENTRY search to determine if inmate David Sloane, Reg. No. 48083-066, had filed any administrative remedy claims under the Administrative Remedy Program in regard to the allegations in his Petition. A review of his Administrative Remedy Record revealed that he has not utilized the Administrative Remedy Process to file a single administrative remedy submission on the issues presented in this Petition. A true and accurate copy of the Administrative Remedy Generalized Retrieval screen for inmate David Sloane, Reg. No. 48083-066, is attached as **Document g**.

5.  Attached hereto, please find true and correct copies of the following documents:
    a.  Public Information Data for inmate David Sloane, Register Number 48083-066, dated May 26, 2004;
    b.  Judgment and Commitment Order;
    c.  United States Marshals Service Prisoner Tracking System, Individual Custody and Detention Report for inmate David Sloane;
    d.  Sentence Monitoring Computation Data for inmate David Sloane, Reg. No. 48083-066, dated May 26, 2004;
    e.  Sentencing Monitoring Good Time Data for inmate David Sloane, Reg. No. 48083-066, dated May 26, 2004;
    f.  Program Statement 5880.28, Sentence Computation Manual CCCA;
    g.  Administrative Remedy Generalized Retrieval for inmate David Sloane, Reg. No. 48083-066, dated May 26, 2004;
    h.  April 2003 Initial Classification Program Review;
    i.  April 2004 Sex Offender Registration and Treatment Notification;
    j.  August 2003 Progress Report;
    k.  October 2003 Program Review;
    l.  March 2004 Progress Report;
    m.  April 2004 Program Review;
    n.  April 2004 Medical/Psychological Pre-Release Evaluation;
    o.  May 2004 Relocation Response Letter (U.S.P.O.-Approval).

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 28th day of May, 2004

Stephanie J. Scannell
Paralegal Trainee
FMC Devens