```
 DEVAA                           PUBLIC INFORMATION                        05-26-2004
 PAGE 001    Case 4:04-cv-40075-DPW  Document 8-2    Filed 06/03/2004   Page 1 of 20
                                   INMATE DATA                              13:00:30
                                 AS OF 05-26-2004
```

```
REGNO..: 48083-066 NAME: SLOANE, DAVID
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000    FTS: 700-796-1000
                                              RACE/SEX...: WHITE / MALE
FBI NUMBER.: 515164XA8                        DOB/AGE....: ███████ / 61
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 03-11-2005                       PAR HEAR DT:
--------------------------------- ADMIT/RELEASE HISTORY ---------------------------
FCL    ASSIGNMENT  DESCRIPTION                     START DATE/TIME  STOP  DATE/TIME
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL   03-31-2004 1005  CURRENT
5-L    RELEASE     RELEASED FROM IN-TRANSIT FACL   03-31-2004 1005  03-31-2004 1005
5-L    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  03-31-2004 0441  03-31-2004 1005
FTD    TRANSFER    TRANSFER                        03-31-2004 0441  03-31-2004 0441
FTD    A-DES       DESIGNATED, AT ASSIGNED FACIL   04-02-2003 1502  03-31-2004 0441
1-R    RELEASE     RELEASED FROM IN-TRANSIT FACL   04-02-2003 1502  04-02-2003 1502
1-R    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  03-21-2003 0801  04-02-2003 1502
CNK    ADMIN REL   ADMINISTRATIVE RELEASE          03-21-2003 0801  03-21-2003 0801

G0002           MORE PAGES TO FOLLOW . . .
```

**ATTACHMENT A**

```
DEVAA                                  PUBLIC INFORMATION                          05-26-2004
PAGE 002                                   INMATE DATA                                13:00:30
                                        AS OF 05-26-2004
```
Case 4:04-cv-40075-DPW   Document 8-2   Filed 06/03/2004   Page 2 of 20

```
REGNO..: 48083-066 NAME: SLOANE, DAVID
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000   FTS: 700-796-1000
CNK    A-ADMIN     ADMINISTRATIVE ADMISSION        03-21-2003 0759 03-21-2003 0801
PHL    PRE REMOVE  PRE SENT DETAINEE REMOVED       03-05-2002 0958 03-21-2003 0759
PHL    A-PRE       PRE-SENT ADMIT, ADULT           03-01-2002 1800 03-05-2002 0958




G0002          MORE PAGES TO FOLLOW . . .
```

```
DEVAA                                  PUBLIC INFORMATION                              05-26-2004
PAGE 003      Case 4:04-cv-40075-DPW      Document 8-2   Filed 06/03/2004   Page 3 of 20
                                            INMATE DATA                                 13:00:30
                                          AS OF 05-26-2004
```

```
REGNO..: 48083-066 NAME: SLOANE, DAVID
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FTS: 700-796-1000
PRE-RELEASE PREPARATION DATE: 12-31-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-11-2005 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 02 CR 1200 (CM)
JUDGE...........................: MCMAHON
DATE SENTENCED/PROBATION IMPOSED: 12-12-2002
DATE COMMITTED..................: 04-02-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 48083-066  NAME: SLOANE, DAVID
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000   FTS: 700-796-1000

                    FELONY ASSESS   MISDMNR ASSESS     FINES           COSTS
NON-COMMITTED.:     $100.00         $00.00             $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  511
OFF/CHG: 18:2252A(A)(5)(B) POSSESSION OF CHILD PORNOGRAPHY

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    27 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS


G0002          MORE PAGES TO FOLLOW . . .
```

```
 DEVAA                                 PUBLIC INFORMATION              *  05-26-2004
 PAGE 005                                 INMATE DATA                   *     13:00:30
                                       AS OF 05-26-2004
```
Case 4:04-cv-40075-DPW   Document 8-2   Filed 06/03/2004   Page 5 of 20

```
REGNO..: 48083-066 NAME: SLOANE, DAVID
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 978-796-1000    FTS: 700-796-1000
 DATE OF OFFENSE................: 03-01-2002

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-06-2003 AT FTD AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-02-2003
TOTAL TERM IN EFFECT............:     27 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      2 YEARS         3 MONTHS
EARLIEST DATE OF OFFENSE........: 03-01-2002


G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 48083-066 NAME: SLOANE, DAVID
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000    FTS: 700-796-1000
JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   03-01-2002    03-07-2002

TOTAL PRIOR CREDIT TIME.........: 7
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 105
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 03-11-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 06-24-2005


PROJECTED SATISFACTION DATE.....: 03-11-2005
PROJECTED SATISFACTION METHOD...: GCT REL

G0002           MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 48083-066 NAME: SLOANE, DAVID
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000   FTS: 700-796-1000


S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

# UNITED STATES DISTRICT COURT
## Southern District of New York

| UNITED STATES OF AMERICA | Judgment In A Criminal Case |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| DAVID SLOANE | Case Number: 02 CR 1200 (CM) |
| | Paul Davison #02,0441 WP |
| | *Defendant's Attorney* |

**U.S. DISTRICT COURT FILED DEC 17 2002 S.D. OF N.Y. W.P.**

**RECEIVED MAR 21 2003 COMMUNITY CORRECTIONS NEW YORK, NEW YORK**

**THE DEFENDANT:**

- [x] pleaded guilty to count(s)  One.
- [ ] pleaded *nolo contendere* to count(s) which was accepted by the court
- [ ] was found guilty on count(s) after a plea of not guilty

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 2252A(a)(5)(B) | Possession of Child Pornography | 3/1/02 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____

Count(s) _____ is/are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: [redacted]
Defendant's Date of Birth: [redacted]
Defendant's USM No.: 48083-066

Date of Imposition of Judgment: December 12, 2002

**Defendant's Residence Address**
4 Seventh Street
Riverton, NJ 08077

**Defendant's Mailing Address**
SAME

*Signature of Judicial Officer*

Colleen McMahon
*Name and Title of Judicial Officer*

Date: 12/16/02

**MICROFILM DEC 17 2002 USDC SDNY WP**

**ATTACHMENT B**

A TRUE COPY
J. MICHAEL McMAHON, ACTING CLERK
BY _____ DEPUTY CLERK

DEFENDANT DAVID SLOANE
CASE NUMBER 02 CR 1200 (CM)

## IMPRISONMENT

x The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of

TWENTY-SEVEN (27) MONTHS

X The court makes the following recommendations to the Bureau of Prisons

Defendant should be incarcerated as near to his home in Southern New Jersey as possible. However, if BOP chooses to place defendant in a facility for sex offenders, and that facility is located elsewhere in the United States, such placement should take precedent over the Court's recommendation that defendant be incarcerated near his home.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  x before 2 p.m. on April 2, 2003
  ☐ as notified by the United States Marshal.
  X as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered V/S 4/2/03 to FTD

at F+ Dix, NJ , with a certified copy of this judgment.

CJ DeRosa, Warden
~~UNITED STATES MARSHAL~~

By L Finnegan UE
~~Deputy U.S. Marshal~~

COPY RETURNED TO USM 4/9/03

DEFENDANT      DAVID SLOANE
CASE NUMBER    02 CR 1200 (CM)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of     THREE (3) YEARS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*
The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

X     The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7. the defendant shall refrain from excessive use of alcohol;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11. the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

MAY-23-2004 22:30 FMC DEVENS 978 796 1186 P.04/11
Case 4:04-cv-40075-DPW Document 8-2 Filed 06/03/2004 Page 11 of 20
AO245B (1/01) SDNY - Judgment In A Criminal ...e  Judgment -- Page 4 of 12

DEFENDANT  DAVID SLOANE
CASE NUMBER  02 CR 1200 (CM)

### ADDITIONAL SUPERVISED RELEASE TERMS

The Court recommends that the defendant be supervised by the district of his residence. The following special conditions of supervised release apply: The defendant shall undergo a sex-offense-specific evaluation and participate in a sex offender treatment/ and or mental health treatment program approved by the probation officer. The defendant shall abide by all rules, requirements, and conditions of the sex offender treatment program(s), including submission to polygraph testing. The defendant shall waive his right of confidentiality in any records for mental health assessment and treatment imposed as a consequence of this judgment to allow the probation officer to review the defendant's course of treatment and progress with the treatment provider. The defendant will be required to contribute to the costs of services rendered in an amount approved by the probation officer, based on ability to pay or availability of third party payment.

The defendant shall submit his person, residence, place of business, vehicle, or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of release may be found. The search must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition.

The defendant shall consent to the installation of systems that will enable the probation officer or designee to monitor and filter computer use, on a regular or random basis, on any computer owned or controlled by the defendant. The defendant shall consent to and cooperate with unannounced examinations of any computer equipment owned or controlled by the defendant, which may result in retrieval and copying of all data from the computer(s) and any internal or external peripherals, and may involve removal of such equipment for the purpose of conducting a more thorough inspection. Defendant must comply with all state "Sex Offender Registration" rules.

Payment of the special assessment of $100 is a condition of defendant's supervised release.

DEFENDANT        DAVID SLOANE
CASE NUMBER      02 CR 1200 (CM)

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|         | Assessment | Fine | Restitution |
|---------|------------|------|-------------|
| Totals: | $100.00    |      |             |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . . . . . . _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of _____

The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ The interest requirement is waived.

  ☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until _____
An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

☐ If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | Total Amount of Loss* | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|-----------------------|-------------------------------|-----------------------------------------|
|               |                       |                               |                                         |
| Totals:       | $0.00                 | $0.00                         |                                         |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT         DAVID SLOANE
CASE NUMBER       02 CR 1200 (CM)

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  x  In full immediately; or

B  ☐  _____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  not later than _____ ; or

D  ☐  in installments to commence _____ days after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ☐  in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ year(s) to commence _____ days after the date of this judgment.

The defendant will be credited for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.

DEFENDANT     DAVID SLOANE
CASE NUMBER     02 CR 1200 (CM)

## STATEMENT OF REASONS

x    The court adopts the factual findings and guideline application in the presentence report.

OR

☐    The court adopts the factual finding and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

| | | | | |
|---|---|---|---|---|
| Total Offense Level: | 18 | | | |
| Criminal History Category: | I | | | |
| Imprisonment Range: | 27 | to | 33 | months. |
| Supervised Release Range: | 2 | to | 3 | years. |
| Fine Range: | $6,000.00 | to | $60,000.00 | |

x    Fine waived or below the guideline range because of inability to pay.

Total amount of restitution: _____

☐    Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐    For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐    Partial restitution is ordered for the following reason(s):

x    The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

☐    The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

OR

☐    The sentence departs from the guideline range:

     ☐    upon motion of the government, as a result of defendant's substantial assistance.

     ☐    for the following specific reason(s):

*** LIMITED OFFICIAL USE ***

DATE: 05/02/2003  TIME: 09:45  PAGE:  1

UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
NEW JERSEY
DISTRICT: 50   OFFICE: CAM

INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

NAME: SLOANE, DAVID ELLIS
USMS NUMBER: 48083066

IDENTIFICATION DATA:

USMS NBR: 48083066   NAME: SLOANE, DAVID ELLIS

ADDRESS: 4 SEVENTH ST   RIVERTON, NJ 08077        PHONE: 856-829-3262

DOB: ████████ AGE: 60 POB: PHILADELPHIA, PA   SEX: M  RACE: W  HAIR: GRY  EYE: HAZ  HEIGHT: 600  WEIGHT: 285

SSN: ███████████  FBI NBR: 515164XA8   ALIEN NBR:

****SPECIAL HANDLING CODE:          SPECIAL HANDLING REMARKS:
MEDICAL                              HIGH BLOOD PRESSURE, ACID REFLUX, SLEEP APNIA

ACTIVE DETAINERS:                    DETAINER DATE   AGENCY
NONE

PRISONERS ALIASES:                   ALIAS REMARKS:
DR DAVE,

GENERAL REMARKS:
NONE

I. CASE INFORMATION:

   CTR   STATUS        COURT CASE NUMBER        FEDERAL COURT CITY
   1     RL-WOR        MG 02-2007               CAMDEN

   CTR   JUDGE NAME                   US ATTORNEY NAME       DEFENSE ATTORNEY NAME
   1     KUGLER, ROBERT               BUMB, RENEE            EVANS, LISA

   CTR   ARREST DATE  ARRESTING AGENCY        LOCATION OF ARREST    WARRANT NUMBER
   1     03/01/2002   SECRET SERVICE          RIVERTON, NJ

   CTR   OFFENSE                              OFFENSE REMARK              DISPOSITION
   1     (3805) CONTRIB DELINQ MINOR          SOLICITATION OF A MINOR     UNKNOWN

   CTR   SENTENCE DATE   SENTENCE                                 APPEAL DATE
   1     **/**/****                                                **/**/****

II. STATUS HISTORY

   CTR   STATUS     STATUS DATE   CUSTODY DATE   RELEASE DATE   REMARK
   1     WT-TRIAL   03/01/2002    03/01/2002     **/**/****
   1     WT-MOVE    03/01/2002    **/**/****     **/**/****     WOR TO USMS S/D NY

**ATTACHMENT C**

*** LIMITED OFFICIAL USE ***

*** LIMITED OFFICIAL USE ***

DATE: 05/02/2002  TIME: 09:45  PAGE: 2

UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
NEW JERSEY
DISTRICT: 50   OFFICE: CAM

INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

NAME: SLOANE, DAVID ELLIS
USMS NUMBER: 48083066

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | RL-WOR | 03/06/2002 | **/**/**** | 03/06/2002 | | TF WOR TO USMS S/D NY |

V. CHRONOLOGICAL PRISONER HISTORY

| INST CODE | INSTITUTION NAME | ADMIT DATE | RELEASE DATE | DAYS BOARDED | ACTION OR DISPOSITION |
|---|---|---|---|---|---|
| PHL | VDC PHILADELPHIA | 03/01/2002 | 03/05/2002 | 4 | |
| 2AF | MONMOUTH CO CORR INS | 03/05/2002 | 03/06/2002 | 1 | |
| | | | TOTAL DAYS BOARDED | 5 | |

THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.

***** END OF REPORT *****

*** LIMITED OFFICIAL USE ***

UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
SOUTHERN/NEW YORK
DISTRICT: 54   OFFICE: WHI

INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

NAME:    SLOANE, DAVID ELLIS
USMS NUMBER: 48083066

RECEIVED MAR 21 2003 COMMUNITY CORRECTIONS NEW YORK, NEW YORK

I. IDENTIFICATION DATA:

USMS NBR: 48083066   NAME: SLOANE, DAVID ELLIS

ADDRESS: 4 SEVENTH AVENUE   RIVERTON, NJ 08077                                PHONE: 856-829-3268

DOB: ████████ AGE: 60  POB: , PA          SEX: M  RACE: W  HAIR: GRY  EYE: HAZ  HEIGHT: 600  WEIGHT: 285

SSN: ████████   FBI NBR:        ALIEN NBR:

*****SPECIAL HANDLING CODE:        SPECIAL HANDLING REMARKS:
MEDICAL                            SLEEP APNEA, HIGH BLOOD PRESSURE, ACIDE REFLUX

ACTIVE DETAINERS:                  DETAINER DATE   AGENCY
NONE

PRISONERS ALIASES:                 ALIAS REMARKS:
NONE

GENERAL REMARKS:
NONE

II. CASE INFORMATION:

  CTR   STATUS              COURT CASE NUMBER     FEDERAL COURT CITY
   1    WT-V/S              02 CR 1200            WHITE PLAINS

  CTR   JUDGE NAME                        US ATTORNEY NAME            DEFENSE ATTORNEY NAME
   1    MCMAHON, COLLEEN                                              DAVISON, PAUL

  CTR   ARREST DATE  ARRESTING AGENCY     LOCATION OF ARREST   WARRANT NUMBER
   1    03/06/2002   U.S. MARSHALS SERVICE   A/L IN

  CTR   OFFENSE                           OFFENSE REMARK              DISPOSITION
   1    (3699) SEX OFFENSE                SOLICITING MINOR            GUILTY (PLEA)

  CTR   SENTENCE DATE  SENTENCE                                       APPEAL DATE
   1    12/12/2002     27 MOS PRIS, 3 YRS S/R, 100.00 SA               **/**/****

III. STATUS HISTORY

  CTR  STATUS    STATUS DATE  CUSTODY DATE  RELEASE DATE  REMARK
   1   WT-TRIAL  03/06/2002   03/06/2002    **/**/****    NOR IN FROM D/NJ
   1   RL-BOND   03/07/2002   **/**/****    03/07/2002

```
                    UNITED STATES MARSHALS SERVICE
                       PRISONER TRACKING SYSTEM
                          SOUTHERN/NEW YORK
                    DISTRICT: 54    OFFICE: WHI


              INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

                    NAME:  SLOANE, DAVID ELLIS
                    USMS NUMBER: 48083066


    1   WT-J/C      12/12/2002   **/**/****   **/**/****   SENT USDJ MCMAHON/27 MOS
    1   WT-DESIG    12/23/2002   **/**/****   **/**/****
    1   WT-V/S      12/23/2002   **/**/****   **/**/****   VSD 4/3/03

IV. CHRONOLOGICAL PRISONER HISTORY

    INST                        ADMIT        RELEASE    DAYS    ACTION OR
    CODE   INSTITUTION NAME     DATE         DATE       BOARDED DISPOSITION
    3SX    WESTCHESTER CO JAIL  03/06/2002   03/07/2002    1
    BND    ON BOND              03/07/2002   **/**/****    1

                    TOTAL DAYS BOARDED                    2

V. MEDICAL CONDITION/TREATMENT HISTORY

    DATE SERVICE PROVIDED   VENDOR           SERVICE PROVIDED
         **/**/****



              THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT
              BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.
****** END OF REPORT ******
```

```
   DEVAA   540*23  *         SENTENCE MONITORING         *      05-26-2004
 PAGE 001           *          COMPUTATION DATA           *       13:02:11
                                AS OF 05-26-2004

 REGNO..: 48083-066 NAME: SLOANE, DAVID


 FBI NO............: 515164XA8          DATE OF BIRTH:
 ARS1..............: DEV/A-DES
 UNIT..............: N LOW              QUARTERS.....: N02-229L
 DETAINERS.........: NO                 NOTIFICATIONS: NO

 PRE-RELEASE PREPARATION DATE: 12-31-2004

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  03-11-2005 VIA GCT REL

 ----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

 COURT OF JURISDICTION............: NEW YORK, SOUTHERN DISTRICT
 DOCKET NUMBER....................: 02 CR 1200 (CM)
 JUDGE............................: MCMAHON
 DATE SENTENCED/PROBATION IMPOSED: 12-12-2002
 DATE COMMITTED...................: 04-02-2003
 HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED................: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
 NON-COMMITTED.:  $100.00        $00.00           $00.00          $00.00

 RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

 -------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:   511
 OFF/CHG: 18:2252A(A)(5)(B) POSSESSION OF CHILD PORNOGRAPHY

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:    27 MONTHS
   TERM OF SUPERVISION............:     3 YEARS
   DATE OF OFFENSE................: 03-01-2002




 G0002           MORE PAGES TO FOLLOW . . .
```

**ATTACHMENT D**

```
   DEVAA   540*23  *         SENTENCE MONITORING           *     05-26-2004
PAGE 002 OF 002  *           COMPUTATION DATA              *     13:02:11
                             AS OF 05-26-2004

REGNO..: 48083-066 NAME: SLOANE, DAVID


------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-06-2003 AT FTD AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-02-2003
TOTAL TERM IN EFFECT............:    27 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS        3 MONTHS
EARLIEST DATE OF OFFENSE........: 03-01-2002

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    03-01-2002    03-07-2002

TOTAL PRIOR CREDIT TIME.........: 7
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 105
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 03-11-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 06-24-2005


PROJECTED SATISFACTION DATE.....: 03-11-2005
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: V/S 4/2/2003 TO FTD
                5/2/03 COMP UPDATED TO ADD JAIL CREDIT




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```