```
                                                         P.S. 5880.28
                                                      February 21, 1992
                                                          Page 1 - 55
```

EXAMPLE NO. 3

```
Sentence = 1 Yr 2 Mos 10 Dys  DSB = 01-10-89  Full Term Date = 03-19-90
***********************************************************************
Anni-      Consid-                                              Release
versary    eration     Vested    Maximum   Actual    Running    Date
Date       Begins      Date      to Award  Award     Total      03-19-90
-----------------------------------------------------------------------
01-10-90   12-12-89    01-22-90     54       54        54       01-24-90

           12-12-89    01-22-90      2        2        56       01-22-90
***********************************************************************
```

In the above example, the sentence is 1 year, 2 months and 10 days. This example again shows the "Consideration Begins" date as being six weeks in advance of the release date to give consideration for the 2 days of GCT. You will note from this example that by using the same "Consideration Begins" date for the 54 days that more than six weeks exists. In order to give staff a full six weeks in which to award <u>and</u> consider the amount of prorated GCT to award on the partial year at the end of the sentence, it is necessary to expand the consideration time for the 54 days that can be awarded for the year just passed. The consideration time for the year just passed will continue to expand until such time that the full 15 days provided by statute can be utilized without cutting into the six weeks that is statutorily authorized for the partial year at the end of the sentence (Example No. 7).

41

P.S. 5880.28
February 21, 1992
Page 1 - 56

EXAMPLE NO. 4

Sentence = 1 Yr 2 Mos 13 Dys   DSB = 01-10-89   Full Term Date = 03-22-90
************************************************************************

| Anniversary Date | Consideration Begins | Vested Date | Maximum To Award | Actual Award | Running Total | Release Date 03-22-90 |
|---|---|---|---|---|---|---|
| 01-10-90 | 12-15-89 | 01-24-90 | 54 | 54 | 54 | 01-27-90 |
|  | 12-15-89 | 01-25-90 | 2 | 2 | 56 | 01-25-90 |

************************************************************************

In the above example, the sentence is 1 year, 2 months and 13 days. This example shows that there is now actually enough time to utilize the full 15 days (01-10-90 through 01-24-90) to award 54 days for the year just passed without interfering with the eventual release date, but if no consideration time is given for the 2 days of GCT until after the 54 days is awarded on 01-24-90, then there would only be one day (01-25-90) in which to consider and award the 2 days of GCT for the partial year. Since the statute allows six weeks in which to award the final 2 days of GCT for the partial year, a "Consideration Begins" date that is six weeks in advance of the earliest potential release date has been established for both the 54 days and 2 days to, again, give staff ample time to make a proper decision about the GCT and to put off making the actual award until the very latest possible date. Putting off the award to the last possible moment, as stated earlier, provides staff with the time to reconsider the amount of GCT to award up to the maximum date possible (01-24-90 for the 54 days and the release date of 01-25-90 for the 2 days). So, beginning with sentences of 1 year, 2 months and 13 days, the amount of time for consideration of the 54 days begins to diminish since the maximum date to award expires on 01-24-90, i.e., one full year of service of the sentence beyond one year expires on 01-09-90 and the statute authorizes 15 days (01-10-90 through 01-24-90) after that year is over to award the GCT, some or all of it.

4c

EXAMPLE NO. 5

Sentence = 1 Yr 3 Mos 14 Dys   DSB = 01-10-89   Full Term Date = 04-23-90
*************************************************************

| Anniversary Date | Consideration Begins | Vested Date | Maximum To Award | Actual Award | Running Total | Release Date 04-23-90 |
|---|---|---|---|---|---|---|
| 01-10-90 | 01-10-90 | 01-24-90 | 54 | 54 | 54 | 02-28-90 |
|  | 01-12-90 | 02-22-90 | 6 | 6 | 60 | 02-22-90 |

*************************************************************

In the above example, the sentence is 1 year, 3 months and 14 days.  This example shows that the "Consideration Begins" date for the year just passed and the final partial year are now two days different.  This difference is so because the time period to award GCT for the year just passed begins the day after (01-10-90) and runs through the 15th day after (01-24-90) and the time period to award GCT for the partial year begins six weeks in advance (01-12-90) of the release date and runs through the date of release of 02-22-90.  Since these time periods overlap, staff can consider how much of the 54 days and the 6 days to award on the Vested Dates during the time in which the consideration time overlaps, or staff can consider each separately during the dates shown.

43

P.S. 5880.28
February 21, 1992
Page 1 - 58

EXAMPLE NO. 6

Sentence = 1 Yr 3 Mos 26 Dys  DSB = 01-10-89  Full Term Date = 05-05-90
************************************************************************

| Anniversary Date | Consideration Begins | Vested Date | Maximum To Award | Actual Award | Running Total | Release Date 05-05-90 |
|---|---|---|---|---|---|---|
| 01-10-90 | 01-10-90 | 01-24-90 | 54 | 54 | 54 | 03-12-90 |
|  | 01-22-90 | 03-04-90 | 8 | 8 | 62 | 03-04-90 |

************************************************************************

In the above example, the sentence is 1 year, 3 months and 26 days. This example demonstrates that as the sentence length for the partial year at the end of the sentence becomes longer, the overlap of the 15 days and the six weeks becomes shorter. In this example, the overlap period is only three days. Staff must keep in mind that if consideration for the 54 days and 8 days is made at the same time, then there would only be three days (01-22-90 through 01-24-90) in which to award the 54 days, or some part thereof. It should also be borne in mind that the last 8 days, and the time period in which to consider it, only becomes valid after the preceding action for the 54 days is complete. If any amount of GCT less than the 54 days is awarded in the preceding year, then the dates, and possibly the amount of GCT, for the final partial year will change.

44

EXAMPLE NO. 7

Sentence = 1 Yr 3 Mos 29 Dys  DSB = 01-10-89   Full Term Date = 05-08-90
***************************************************************

| Anniversary Date | Consideration Begins | Vested Date | Maximum To Award | Actual Award | Running Total | Release Date 05-08-90 |
|---|---|---|---|---|---|---|
| 01-10-90 | 01-10-90 | 01-24-90 | 54 | 54 | 54 | 03-15-90 |
|  | 01-25-90 | 03-07-90 | 8 | 8 | 62 | 03-07-90 |

***************************************************************

In the above example, the sentence is 1 year, 3 months, and 29 days.  This example shows that beginning with sentences that have 65 days remaining to be served on the final partial year after GCT has been awarded for the year just passed, that there is no overlap of the 15 days for the preceding year and the six weeks for the partial year.  The award for the 54 days can be made at any time from 01-10-90 through 01-24-90, but the award for the 8 days should not be made until the actual release date so that staff can reconsider how much, if any, of the 8 days to award up to, and including, the date of release.  Remember, once official action is taken to award the GCT, it cannot be revoked, modified, reduced, suspended, or otherwise altered or changed in any way.

45

P.S. 5880.28
February 21, 1992
Page 1 - 60

EXAMPLE NO. 8

Sentence = 4 Yrs        DSB = 01-10-89           Full Term Date = 01-09-93
**************************************************************************

| Anniversary Date | Consideration Begins | Vested Date | Maximum To Award | Actual Award | Running Total | Release Date 01-09-93 |
|---|---|---|---|---|---|---|
| 01-10-90 | 01-10-90 | 01-24-90 | 54 | 54 | 54  | 11-16-92 |
| 01-10-91 | 01-10-91 | 01-24-91 | 54 | 54 | 108 | 09-23-92 |
| 01-10-92 | 01-10-92 | 01-24-92 | 54 | 54 | 162 | 07-31-92 |
|          | 05-25-92 | 07-05-92 | 26 | 26 | 188 | 07-05-92 |

**************************************************************************

In the above example, the sentence is 4 years.  This example
shows a sentence with a number of Vested Dates with no
overlapping of the 15 days at the end of the service of a full
year and the six weeks at the end of the sentence.

46

EXAMPLE NO. 9

Sentence = 7 Yrs   DSB = 01-10-89                    Full Term Date = 01-09-96

*************************************************************************

| Anniversary Date | Consideration Begins | Vested Date | Maximum To Award | Actual Award | Running Total | Release Date 01-09-96 |
|---|---|---|---|---|---|---|
| 01-10-90 | 01-10-90 | 01-24-90 | 54 | 54 | 54 | 11-16-95 |
| 01-10-91 | 01-10-91 | 01-24-91 | 54 | 54 | 108 | 09-23-95 |
| 01-10-92 | 01-10-92 | 01-24-91 | 54 | 54 | 162 | 07-31-95 |
| 01-10-93 | 01-10-93 | 01-24-93 | 54 | 54 | 216 | 06-07-95 |
| 01-10-94 | 01-10-94 | 01-24-94 | 54 | 54 | 270 | 04-14-95 |
|  | 01-04-95 | 01-24-95 | 54 | 54 | 324 | 02-19-95 |
|  | 01-04-95 | 02-14-95 | 5 | 5 | 329 | 02-14-95 |

*************************************************************************

In the above example, the sentence is 7 years. This example shows a sentence with a number of Vested Dates and with an overlapping of the consideration time for the 54 days and 5 days of GCT. This overlapping of consideration time, explained before and shown in previous examples, results from the fact that there is 41 days (which falls in the 7 through 65 days range) left to be served on the final partial year of the sentence to be served before the award of the 5 days of GCT is made.

The above system administratively establishes a method that accommodates the statutory provisions in 18 USC § 3624(b) and allow staff the consideration time necessary to make proper awards of GCT.

47

*       The following is a guide to assist in monitoring Good Conduct Time Awards.

       a.  Disallowance of GCT is determined by the DHO based on a finding that an inmate committed a prohibited act.  The DHO's decision is final and subject only to procedural review by the Warden and inmate appeal through the Administrative Remedy procedures.

       b.  The DHO will forward the completed Good Conduct Time Action Notice (BP-448) to the Warden for procedural review. After review, the form will be distributed as follows:  original to ISM for action and filing in the Judgment and Commitment file, and one copy to the inmate's Unit Manager for filing in the Central File.

       c.  Prior to the beginning of each month, ISM staff will execute a SENTRY Population Monitoring Transaction to identify all inmates who have a Vested Date during the following month. The ISM staff member keying in the information will sign the Good Time Data Sheet.

       d.  During the 15 days after the Anniversary Date, ISM staff will review the J&C File for any GCT disallowances during the previous year.  ISM staff will determine the actual number of days to be awarded by subtracting any GCT disallowances from the maximum amount of 54 GCT days.  ISM staff should also determine if there are any pending DHO decisions which may result in GCT disallowances for the previous year.  Normally, ISM staff will

49

enter the number of days of Good Conduct Time into SENTRY on the Vested Date, or the last normal work day prior to the Vested Date.

    e. If a Good Conduct Time Action Notice (BP-448) has not been received by the Vested Date, then the Disciplinary Log shall be used as the official record for disallowing GCT on the Vested Date. A copy of the disciplinary log shall be placed in the J&C File pending receipt of a BP-448 that matches the information on the disciplinary log. After receipt of the BP-448, the disciplinary log copy shall be destroyed.

    f. For partial year awards, ISM staff will enter the final GCT award into SENTRY on the inmate's release date prior to the final satisfaction of the sentence. The final GCT award should be made on the inmate's release date, or the work day preceding the release date since awards of GCT are vested and may not later be disallowed. If the time remaining on the sentence is less than a year, a prorated amount of Good Conduct Time will be entered into SENTRY. This also includes shorter sentences up to and including a sentence of 417 days (usually equaling 1 year, 1 month and 1 day), which do not earn the full amount of 54 GCT days, but earn a lesser prorated amount. Inmates serving SRA sentences are not eligible for lump sum awards of GCT.

    g. Community Corrections staff will perform the above procedures for prisoners in community correction centers. The Disciplinary Log need not be produced for prisoners who are boarded out to state facilities or who are serving their sentences concurrently in a state facility.    *

49

```
DEVAA                *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *         05-26-2004
PAGE 001 OF 001                                                              13:05:02
        FUNCTION: LST SCOPE: REG    EQ 48083-066      OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____ ____ ____ ____ ____ ____
TRACK:  DEPT: ____ ____ ____ ____ ____ ____
      PERSON: __  __  __  __  __  __
        TYPE: __  __  __  __  __  __
EVNT FACL: EQ ____ ____ ____ ____ ____ ____
RCV FACL.: EQ ____ ____ ____ ____ ____ ____
RCV UN/LC: EQ ____ ____ ____ ____ ____ ____
RCV QTR..: EQ ____ ____ ____ ____ ____ ____
ORIG FACL: EQ ____ ____ ____ ____ ____ ____
ORG UN/LC: EQ ____ ____ ____ ____ ____ ____
ORIG QTR.: EQ ____ ____ ____ ____ ____ ____


G5152        NO REMEDY DATA EXISTS FOR THIS INMATE
```

**ATTACHMENT G**

```
FTD38              *        PROGRAM REVIEW REPORT           *      04-24-2003
PAGE 001                                                           10:30:13
```

INSTITUTION: FTD   FORT DIX FCI

NAME......: SLOANE, DAVID                              REG. NO: 48083-066
RESIDENCE..: RIVERTON, NJ 08077

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....: 10/03

PROJ. RELEASE DATE..: 03-18-2005        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 10/03      DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N         IF YES, RECONCILED (Y/N): NA
PENDING CHARGES.....: none known

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)...: other
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

```
CATEGORY   - - - - - -   CURRENT ASSIGNMENT  - - - - - - -    EFF DATE      TIME

CMA        PROG RPT      NEXT PROGRESS REPORT DUE DATE        04-02-2006    1001
CMA        RPP PART      RELEASE PREP PGM PARTICIPATES        04-08-2003    1213
CMA        V94 COA913    V94 CURR OTHER ON/AFTER 91394        04-24-2003    1030
CUS        IN            IN CUSTODY                           03-24-2003    0918
DRG        DRG I NONE    NO DRUG INTERVIEW REQUIRED           04-03-2003    1001
EDI        ESL UNK       ESL STATUS UNKNOWN                   04-07-2003    0001
EDI        GED UNK       GED STATUS UNKNOWN                   03-01-2002    1800
FRP        UNASSG        FINANC RESP-UNASSIGNED               03-01-2002    1800
LEV        LOW           SECURITY CLASSIFICATION LOW          03-21-2003    0821
MDS        REG DUTY      NO MEDICAL RESTR--REGULAR DUTY       04-23-2003    1303
MDS        YES F/S       CLEARED FOR FOOD SERVICE             04-23-2003    1304
QTR        A03-071L      HOUSE A/RANGE 03/BED 071L            04-21-2003    1955
RLG        UNKNOWN       RELIGION UNKNOWN Jewish              03-01-2002    1800
WRK        UNASSG EAS    UNASSIGNED - FCI EAST                04-09-2003    1411
```

WORK PERFORMANCE RATING: not assigned yet

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: none

FRP PLAN/PROGRESS: $100 felony assessment $25/QTR to start June

RELEASE PREPARATION PARTICIPATION: RPP referral prepared. needs Unit RPP closer to release

CCC RECOMMENDATION: Will review 11-13 months prior to release

**ATTACHMENT H**

51

PROGRESS MADE SINCE LAST REVIEW: NA

GOALS FOR NEXT PROGRAM REVIEW MEETING:
- Attend scheduled RPP classes by 10/03
- Make payments toward financial obligation by 10/03

LONG TERM GOALS:
- Complete RPP by 10/04.
- Complete financial obligation by 3/04.

OTHER INMATE REQUESTS/TEAM ACTIONS:
Review 407/408 no changes
Question regarding visiting, telephone & matress.

SIGNATURES:

UNIT MANAGER: [signature]   INMATE: [signature]

DATE: 4/25/03   DATE: 4/25/03

53

BP-S648.051 **SEX OFFENDER REGISTRATION AND TREATMENT NOTIFICATION** CDFRM
DEC 98         (Page #1-must be accompanied with page #2)
U.S. DEPARTMENT OF JUSTICE                            FEDERAL BUREAU OF PRISONS

---

### A. INITIAL CLASSIFICATION

This is to notify you of your Public Safety Factor - Sex Offender classification pursuant to Bureau of Prisons Program Statement Security Designation and Custody Classification Manual.

| Institution | |
|---|---|
| FCI Fort Dix, New Jersey | |
| Inmate Name<br>Sloane, David | Register No.<br>48083-066 |
| XXXX Current conviction of sexual offense<br><br>____ Prior conviction of sexual offense | |
| Inmate Signature  *DSesh*<br>D. Sloane | Date<br>April 25, 2003 |
| Staff Signature  *RPetriello*<br>R. Petriello/ | Date<br>April 25, 2003 |

### B. FINAL PROGRAM REVIEW

You are subject to registration as a sex offender in any state in which you reside, are employed, carry on a vocation, or are a student.

| Institution | |
|---|---|
| FCI Fort Dix, New Jersey | |
| Inmate Name<br>Sloane, David | Register No.<br>48083-066 |
| XXXX Current conviction of sexual offense<br><br>____ Prior conviction of sexual offense | |
| Inmate Signature<br>D. Sloane/ | Date |
| Staff Signature | Date |

(This form may be replicated via WP)

**ATTACHMENT I**

53

BP-S187.058   PROGRESS REPORT   CDFRM
JUN 98
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| Institution Name, Address, & Telephone No. FCI FORT DIX, NEW JERSEY 5756 HARTFORD ROAD   (609)723-1100 | Date 08-07-2003 |
|---|---|

Inmate Reviewed

| Inmate's Signature | Date 8/8/03 | Staff Signature |
|---|---|---|

1. Type of Progress Report
   ☐ Initial        ☐ Statutory Interim     Pre-Release
   ☐ Transfer       ☐ Triennial    X Other: Commutation of Sentence

| 2. Inmate's Name Sloane, David | 3. Register Number 48083-066 | 4. Age (DOB) 60 (12-15-1942) |
|---|---|---|

5. Present Security/Custody Level

   Low/In

6. Offense/Violator Offense
   Possession of Child Pornography

7. Sentence
   27 Months, PLRA Sentence
   3 Years Supervised Release
   $100.00 Felony Assessment Fee

| 8. Sentence Began 04-02-2003 | 9. Months Served + Jail Credit 4 Months + 7 Days JC | 10. Days GCT/or EGT/SGT 105 Days GCT Possible |
|---|---|---|
| 11. Days FSGT/WSGT/DGCT None | 12. Projected Release 03-11-2005 GCT Release | 13. Last USPC Action N/A |

14. Detainers/Pending Charges
    There are no pending charges or detainers at this time.

15. Co-defendants: None

Record Copy - Inmate File; copy - U.S. Probation Office; copy - Parole Commission Regional Office (If applicable); copy - inmate

(This form may be replicated via WP)                    Replaces BP-s187.058 DTD FEB 94

**ATTACHMENT J**

54

CONTINUED PAGE TWO-PROGRESS REPORT

COMMITTED NAME: <u>Sloane</u>          REG. NO.: <u>48083-066</u> Date: <u>08-07-2003</u>

16. INSTITUTIONAL ADJUSTMENT:

   A. PROGRAM PLAN: During Mr. Sloane's Initial Classification at FCI Fort Dix, New Jersey, the Unit Team recommended that he participate in the Inmate Financial Responsibility Program, and the Release Preparation Program.

   B. WORK ASSIGNMENTS: From April 28, 2003 through June 27, 2003, Mr. Sloane was assigned to the Labor Pool as a Yard Orderly. He was responsible for maintaining sanitation of the Compound. He worked approximately 20 hours per week, received good to outstanding work ratings, and performance pay grade four. From June 27, 2003 through the present, he has been assigned as an Education Tutor.

   C. EDUCATIONAL/VOCATIONAL PARTICIPATION: Mr. Sloane has earned the following degrees: Bachelor of Arts (1964), Master of Arts (1965), and a PhD in Industrial Psychology (1973) from Temple University in Philadelphia, Pennsylvania. He has also earned a Juris Doctor degree in 1988 from Rutgers University. He is currently a Tutor in the Education Department.

   D. COUNSELING PROGRAMS: Mr. Sloane seeks counseling on an as needed basis.

   E. INCIDENT REPORTS: Mr. Sloane has not received any incident reports.

   F. INSTITUTIONAL MOVEMENT: On April 2, 2003, Mr. Sloane voluntary surrendered to FCI Fort Dix, New Jersey for service of sentence. There has been no other movement.

   G. PHYSICAL AND MENTAL HEALTH: Mr. Sloane is assigned medical status of regular duty with no medical restrictions. His mental health status is rated as Favorable.

H. FINANCIAL RESPONSIBILITY: Mr. Sloane was ordered by the courts of the Southern District of New York to pay a $100.00 Felony Assessment Fee. He currently makes payments in the amount of $25.00 per quarter through the Inmate Financial Responsibility Program. He has a balance of $75.00. The cost of incarceration fee is not applicable in this case.

55

CONTINUED PAGE THREE-PROGRESS REPORT

COMMITTED NAME: Sloane            REG. NO.: 48083-066  Date: 08-07-2003

17. **RELEASE PLANNING**: Mr. Sloane plans to reside with his wife, Christine Styer-Sloane in Riverton, New Jersey upon release from custody. He will be recommended for up to 60 days placement in the Community Corrections Center. He has provided the following release address:

    a. Residence:   Christine Styer-Sloane
                           4 Seventh Street
                           Riverton, New Jersey 08077
                           Telephone: (856) 829-3268

    b. Employment: To be secured

    c. USPO Sentencing District: Christopher J. Stanton, CUSPO
                                         Southern District of New York
                                         500 Pearl Street, 7th Floor
                                         New York, New York 10007-1312

            Relocation District: Joseph J. Napurano, CUSPO
                              District of New Jersey
                              United States District Court
                              P.O. Box 459
                              50 Walnut Street, Room 1001
                              Newark, New Jersey 07101-0459

    d. **Release Preparation Program Participation**: Mr. Sloane is currently enrolled in the following classes: COMMUNITY CORRECTIONS MGR, ISM RELEASE ISSUES, JOB SEARCH SKILLS, MAINTAIN SAVINGS ACCT/CAR/HOME, U.S. PROBATION OFFICE. He has completed the following classes: SEX TRANSMITTED DISEASES, and CMC RELEASE ISSUES. He will be completing the Unit Pre-Release Class prior to release.

Mr. Sloane is not is subject to notification procedures under title 18 United States Code, section 4042(b). He is subject to Notification and Registration as a Sex Offender.

18. Prepared By: _R. Petriello, Case Manager_    8·7·03 Date

19. Date Typed:   August 7, 2003

20. Reviewed By: _T.A. Jones, Unit Manager_    8/8/03 Date

56

```
FTD38              *         PROGRAM REVIEW REPORT         *         10-16-2003
PAGE 001                                                              07:43:57
```

INSTITUTION: FTD   FORT DIX FCI

NAME......: SLOANE, DAVID                               REG. NO: 48083-066
RESIDENCE..: RIVERTON, NJ 08077

TYPE OF REVIEW......: ~~INITIAL CLASSIFICATION~~/PROGRAM REVIEW
NEXT REVIEW DATE....:  4-13-04

PROJ. RELEASE DATE..: 03-11-2005        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 10/04       DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N        IF YES, RECONCILED (Y/N): N/A

PENDING CHARGES.....: None known

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)...: other
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | CURRENT ASSIGNMENT | | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 04-02-2006 | 1001 |
| CMA | RPP PART | RELEASE PREP PGM PARTICIPATES | 04-08-2003 | 1213 |
| CMA | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 04-24-2003 | 1030 |
| CUS | IN | IN CUSTODY | 03-24-2003 | 0918 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 04-03-2003 | 1001 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 05-06-2003 | 0001 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-30-2003 | 0658 |
| FRP | PART | FINANC RESP-PARTICIPATES | 04-26-2003 | 1355 |
| LEV | LOW | SECURITY CLASSIFICATION LOW | 03-21-2003 | 0821 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-23-2003 | 1303 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 04-23-2003 | 1304 |
| QTR | A03-396L | HOUSE A/RANGE 03/BED 396L | 04-27-2003 | 1318 |
| RLG | JEWISH | JEWISH | 04-25-2003 | 1006 |
| WRK | EDC TTR | EDUCATION TUTOR | 06-27-2003 | 0001 |

WORK PERFORMANCE RATING: Rec'd good to outstanding work reports.

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: No I/R

FRP PLAN/PROGRESS: FRP-Participates. $100.00 felony assmt balance $50.00 $25.00 a quarter. Last 6 mos deposits: $715.00

RELEASE PREPARATION PARTICIPATION: Completed all 6 core areas, Will notify RPP Coordinator.

CCC RECOMMENDATION: Will review at 13 mos prior to PRD.

**ATTACHMENT K**

57

```
FTD38            *      PROGRAM REVIEW REPORT       *    10-16-2003
PAGE 002 OF 002                                          07:43:57
```

PROGRESS MADE SINCE LAST REVIEW: Last team recommended RPP Class, RPP Complete. Amely IRP - IRP - part

GOALS FOR NEXT PROGRAM REVIEW MEETING:
ON 10/17/03 Continue to make timely IRP payments through 4/04.

By 11/15/03, enroll in an ACE, and complete by 4/04.      (no interest due to PHD. + J.D.)

LONG TERM GOALS: ON 10/17/03 Continue to participate in Counseling sessions with psychology, through 3/05. Starting 5/04 Save $10.00 per Month through 3/05, to help out with release needs.

OTHER INMATE REQUESTS/TEAM ACTIONS: 407+408 reviewed, Correct Relocation need: To Burlington, NJ.
4 Seventh Street
Riverton, NJ 08077
Christine Styer-Sloane (wife)
856-829-3268
856-304-1938 (cell)

SIGNATURES:
UNIT MANAGER: _____ x  INMATE: _____
DATE: 10/17/03                      DATE: 10/17/03