58  PROGRESS  REPORT  CDFRM

:PARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| ..titution Name, Address, & Telephone No.<br>.CI, Fort Dix, New Jersey<br>P. O. Box 38, Fort Dix, NJ 08640 (609)723-1100 | Date<br>03-26-2004 |
|---|---|

**Inmate Reviewed**

| Inmate's Signature | Date<br>3/26/04 | Staff Signature |
|---|---|---|

1. Type of Progress Report
☐ Initial     ☐ Statutory Interim        X Pre-Release
☐ Transfer        Triennial          ☐ Other

| 2. Inmate's Name<br><br>SLOANE, David | 3. Register Number<br><br>48083-066 | 4. Age (DOB)<br><br>61  (12-15-1942) |
|---|---|---|

5. Present Security/Custody Level

LOW/IN

6. Offense/Violator Offense

Possession of Child Pornography

3559 PLRA Sentence: 27 months of Imprisonment; 3 years supervised release; $100.00 Felony Assessment Fee.

| 8. Sentence Began<br><br>04-02-2003 | 9. Months Served + Jail Credit<br><br>11 + 7 days JCT | 10. Days GCT/or EGT/SGT<br><br>0 days earned<br>105 days GCT possible |
|---|---|---|
| 11. Days FSGT/WSGT/DGCT<br><br>0 FSGT/0 WSGT/0 DGCT | 12. Projected Release<br><br>03-11-2005 via GCT | 13. Last USPC Action<br><br>N/A |

14. Detainers/Pending Charges

No known detainers or pending charges

15. Co-defendants

Refer to PSI

**ATTACHMENT L**

UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

PROGRESS REPORT - CONTINUED

Committed Name: SLOANE, David    Reg. No. 48083-066 Date: 03-26-2004

16. Institutional Adjustment:

- A. Program Plan: Mr. Sloane was designated to FCI Fort Dix, New Jersey on April 02, 2003. At his initial classification and subsequent program reviews the Unit Team recommended that he participate in correctional counseling, maintain clear conduct, participate in recreational activities, make timely payments to the Inmate Financial Responsibility Program, and save funds for release. His conduct with staff members and other inmates has been appropriate.

- B. Work Assignments: Upon his arrival at FCI Fort Dix, Mr. Sloane was assigned to a Yard Orderly detail, and received satisfactory work reports. His performance evaluations reflect his able to work well with little supervision. He is currently assigned as a GED Tutor, and receives outstanding work performance ratings.

17.

- C. Educational/Vocational Participation: Mr. Sloane has completed The required Pre-Release Courses.

- A. Counseling Programs: Mr. Sloane receives informal counseling from the Unit Team on an as needed basis.

- B. Incident Reports: Mr. Sloane has not incurred any Incident Reports during his period of incarceration.

Institutional Movement: Mr. Sloane was initially designated to FCI Fort Dix, New Jersey, on April 2, 2003. There has been no further movement.

- c. Physical and Mental Health: Mr. Sloane is assigned to regular duty work status with no medical restrictions. According to the Psychology Services Intake Screening Summary he denies a history of mental or emotional health problems. His physical and mental health is rated favorable.

- D. Progress on Financial Responsibility Plan: At sentencing, Mr. Sloane incurred a $100.00 court ordered felony assessment, in which he completed on March 11, 2004. There are no other financial obligations in this case. The Cost of Incarceration Fee is not applicable in this case.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

PROGRESS REPORT - CONTINUED

Committed Name: SLOANE, David   Reg. No. 48083-066   Date: 03-26-2004

17. Release Planning: Mr. Sloane has a projected release date of March 11, 2005, he has requested relocation to the District of New Jersey. He intends to reside with his wife in Riverton, New Jersey.

|  |  |
|---|---|
| Residence: | Christine Styer-Sloane, Wife
4 Seventh Street
Riverton, New Jersey 08077
(856) 829-3268 Home
(856) 304-1938 Cell |
| Employment: | To be secured |
| Relocation USPO: | Joseph Napurano, CUSPO
District of New Jersey
United States Probation Department
Post Office Box 459
Newark, New Jersey 07101-0459 |
| Sentencing District: | Chris Stanton, CUSPO
United States Probation Department
500 Pearl Street
New York, NY 10007-1312 |

Mr. Sloane is not subject to notification under 18 U.S.C. 4042(b).

Institutional Pre-release: Mr. Sloane has completed the following Pre-Release courses: Job Search Skills; Maintain Savings ACCT/CAR/HOME; Community Corrections MGR; U.S. Probation; Sex Transmitted Diseases; CMC Release Issues

18. Prepared by:   *[signature]*
                    Tami McKinnon, Case Manager

19. Date Typed:   03-26-2004
20.
21. Reviewed By:  Samuel Edwards, Acting Unit Manager
                  *[signature]*

```
DEVC7              *         PROGRAM REVIEW REPORT         *      04-19-2004
PAGE 001                                                          14:56:44

INSTITUTION: DEV   DEVENS FMC

NAME........: SLOANE, DAVID                          REG. NO: 48083-066
RESIDENCE...: RIVERTON, NJ 08077
```
(Transfer)
```
TYPE OF REVIEW......: INITIAL CLASSIFICATION [PROGRAM REVIEW]  Reclassification
NEXT REVIEW DATE....: ___7/2004_____

PROJ. RELEASE DATE..: 03-11-2005           RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                 HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 4/2005        DETAINERS (Y/(N)): (N)

CIM STATUS (Y/(N))....: (N)      IF YES, RECONCILED ( ): __N/A___

PENDING CHARGES.......: __None identified at this time.__

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/(N))...: N
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
                                      Under 18 USC 4043 (c) Sexual Offense (Y)
CATEGORY           -  -  -  CURRENT ASSIGNMENT  -  -  -  -  -    EFF DATE    TIME

CMA        PROG RPT      NEXT PROGRESS REPORT DUE DATE    04-02-2006   1001
CMA        RPP COMPLT    RELEASE PREP PGM COMPLETE        11-04-2003   1718
CMA        RPP UNT C     RELEASE PREP UNIT PGM COMPLETE   10-16-2003   0924
CMA        V94 COA913    V94 CURR OTHER ON/AFTER 91394    04-24-2003   1030
CUS        IN            IN CUSTODY                       03-24-2003   0918
DRG        DRG I NONE    NO DRUG INTERVIEW REQUIRED       04-03-2003   1001
EDI        ESL HAS       ENGLISH PROFICIENT               05-06-2003   0001
EDI        GED HAS       COMPLETED GED OR HS DIPLOMA      05-30-2003   0658
FRP        COMPLT        FINANC RESP-COMPLETED            04-01-2004   0726
LEV        LOW           SECURITY CLASSIFICATION LOW      03-21-2003   0821
MDS        REG DUTY      NO MEDICAL RESTR--REGULAR DUTY   04-23-2003   1303
QTR        N02-202L      HOUSE N/RANGE 02/BED 202L        04-02-2004   1425
RLG        JEWISH        JEWISH                           04-25-2003   1006
WRK        EDUC TUTOR    EDUCATION TUTOR - MAIN           04-10-2004   0001
```

WORK PERFORMANCE RATING: __Assigned 4-10-04 will review next program review.__

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: [None, clear conduct]

FRP PLAN/PROGRESS: [FRP Complete]

RELEASE PREPARATION PARTICIPATION: RPP complete → RPP Part (4/04) Need to complete a component of Category Six (Personal Growth & Development) + while at education (1) into A+E Parenting Values (meet criteria)

CCC RECOMMENDATION: (Interested in CCC referral) Yes — sent to New Jersey (3-26-04) according to Jim Anbury. Routed med 19 form (4-28-04)

**ATTACHMENT M**

```
DEVC7            *    PROGRAM REVIEW REPORT      *    04-19-2004
PAGE 002 OF 002                                       14:56:44
```

PROGRESS MADE SINCE LAST REVIEW: (N/A) — New goals established Transfer from Ft. Dix

GOALS FOR NEXT PROGRAM REVIEW MEETING: (Thru 7/2004)
1. Continue to Maintain clear institutional conduct. Thru (7/2004)
2. Enroll in the Release Preparation course, category (Personal Growth & Development by 7/04)
3. Begin to save for release, approximately $20.00 a month beginning (5/2004).
4. Excel in work assignment of Education Tutor thru (7/04) & receive excellent work reports
5. Enroll and participate in a recreation wellness program of choice thru (7/2004)

LONG TERM GOALS:                                     thru Release (3/2005)
1. Maintain clear Institutional conduct thru Release (3/2005)
2. Complete Release Preparation by (7/04)    ← Recommendation
3. Save approximately $140.00 by pre-release date of (12/04)
4. Continue to establish community and family ties in order to reintegrate back to society and plan to go home for release thru (12/04)

OTHER INMATE REQUESTS/TEAM ACTIONS: 407/408 current

Judicial Recommendation: Facility close proximity New Jersey or Facility for Sex Offenders (Comply) Initially sent to Dix

* COIF is waived based on inability to pay
* DNA Testing is Required under DNA Analysis Backlog Act of 98 (Initial complete (Final will be conducted 12/04) Last Program Review

SIGNATURES:
UNIT MANAGER: [signature]       INMATE: [signature]
DATE: 4-23-04                    DATE: 4-23-2004

| Name<br>SLOANE, David | Register Number<br>48083-066 | Date<br>April 27, 2004 |
|---|---|---|
| Unit Manager<br>John D. Colautti    [signature]    Ext.: 1367 | | Expected date of transfer/release<br>December 2004 |

A. Mental Health Status

1. No evidence of mental problems.
2. **History of mental health problems; no current symptoms; no follow up care needed.
3. **Mild or recurring mental health problems managed without medication; may require periodic intervention and supervision.
4. **Mental health problems under control with medication; needs follow up and supervision.
5. **Mental health problems; noncompliant with recommended treatment; will need close monitoring and follow up care.
6. ✓ **Is in the process of diagnostic evaluation or specific treatment.

** List diagnoses and explain in layman's terms

Mental Health Remarks: Rec'd he receive a full SOMP evaluation. He distorts and minimizes his involvement in instant offense. He has not had any treatment and bases his "hyperoptimism" on a hired psychologist's report.

B. Medical Status

1. Healthy with no evidence of significant medical problems.
2. **Minor medical problems only.
3. **Has significant medical disorder; under good control and will require follow up care.
4. ✓ **Has one or more chronic or recurrent medical problems.
5. **Has an uncontrolled significant disorder.
6. **Is in the process of diagnostic evaluation or specific treatment.

**List diagnoses and explain in layman's terms

Medical Remarks: Hypertension, Hyperlipidemia, GERD, Allergic to Penicillin

___ Transfer recommended  ___ Transfer NOT recommended
Pending SOMP evaluation.

Psychologist/Psychiatrist (BOP staff only)   Date
[signature] Jeffrey A. Savoy PhD

✓ Transfer recommended  ___ Transfer NOT recommended

Medical Officer (or Designee)   Date
A. Betances PA     4/30/04

C. Dental Status: ✓ ___ No evidence of significant dental problems.
___ In process of evaluation and treatment. Completion Date:_____.

✓ Transfer recommended  ___ Transfer NOT recommended

Dental Officer (or Designee)   Date
A. Betances     4/30/04

D. Chronic Medications/Special Needs (i.e., equipment, diet)

1. Aspirin
2. Lisinopril
3. Lovastatin
4. ___
5. Aciphex
6. ___
7. ___
8. ___

IS INMATE ON DEA CONTROLLED MEDICATION(S)? ✓ No   ___ Yes - **IF YES, UNIT STAFF MUST CONTACT CCM OFFICE**

TB CLEARANCE: PPD Completed: Date 4/4/03  Results: 0 mm   **ATTACHMENT N**
CXR completed: Date _____  Results: _____

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**RICHARD A. GALLO**
SUPERVISING U.S. PROBATION OFFICER

**MATTHEW F. MILLER**
SUPERVISING U.S. PROBATION OFFICER

May 3, 2004

401 MARKET ST., 1ST FLOOR
POST OFFICE BOX 3497
CAMDEN, NJ  08101-3497
(856) 757-5043
FAX: (856) 757-5302

Ms. Carrie Querino
Case Manager
Federal Medical Center
42 Patton Road
Devens, Massachusetts

**RE:** SLOAN, David
**REG. NO.:** 48083-066
**RELOCATION RESPONSE**

Dear Ms. Querino

The letter is in response to a relocation plan received by our office on April 7, 2004, from FCI Fort Dix on behalf of the above-named individual.

On April 23, 2004, this undersigned conducted a home visit at the offender's proposed residence located, 4 Seventh Street, Riverton, New Jersey and met with his wife, Christine Styer-Sloane.

At this time, our office has no objections to the proposed residence. However, should the offender's plan change, please notify our office. I may be reached at (856) 757 - 5043.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Valencia K. Sherrer
    Senior U.S. Probation Officer

/vks

Approved by
Richard A. Gallo, Supervising
U.S. Probation Officer

**ATTACHMENT O**