IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID SLOANE,
    Petitioner

v.       No. 04-CV-40075-DPW

DAVID L. WINN,
    Respondent

NOTICE OF INTENT TO FILE TRAVERSE
TO RESPONDENT'S ANSWER

NOW COMES Petitioner, David Sloane, pro se, and hereby notifies the Court that he has on this date received Respondent's Answer in the form of a Motion to Dismiss. Preliminary review thereof indicates that Respondent has raised issues which Petitioner believes to be incorrectly or inappropriately applied to the instant matter. Petitioner therefore informs the Court of his intent to file a Traverse within fifteen (15) days.

Upon filing of said Traverse, Petitioner will inform the Clerk of the Court that the Pleadings are complete.

June 8, 2004

    Respectfully submitted,

    David Sloane,
    Petitioner, pro se

CERTIFICATE OF SERVICE

I, David Sloane, Petitioner, pro se, hereby certify that I have served the above Notice of Intent to File Traverse to Respondent's Answer on counsel for Respondent by U.S. First Class Mail, postage prepaid, on June 4, 2004, at the following address: George B. Henderson, II, Assistant U.S. Attorney, U.S. Courthouse, One Courthouse Way, Suite 9200, Bostone MA 02210.

    David Sloane,
    Petitioner, pro se