IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID SLOANE,
    Petitioner

v.

DAVID L. WINN,
    Respondent

No. 4:04-cv-40075-DPW

NOTICE OF APPEAL

NOW COMES David Sloane, Petitioner, pro se, and hereby gives his Notice of Appeal to the United States Court of Appeal for the First Circuit from the decision of this Honorable Court granting Respondent's Motion to Dismiss.

Respectfully submitted this twenty-second day of August, 2004.

    David Sloane
    Petitioner, pro se
    48083-066   Unit N-2
    Federal Medical Center - Devens
    P. O. Box 879
    Ayer, MA 01432

CERTIFICATION OF SERVICE

I, David Sloane, Petitioner, pro se, hereby certify that I have served a copy of this Notice of Appeal on counsel for the Respondent by U.S. First Class Mail deposited on this date and addressed to:
    George B. Henderson, II, A.U.S.A.
    U.S. Courthouse
    One Courthouse Way, Suite 9200
    Boston, MA 02210

August 22, 2004

    David Sloane
    Petitioner, pro se