IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID SLOANE,
    Petitioner

v.

DAVID L. WINN,
    Respondent

No. 4:04-cv-40075-DPW

CERTIFICATE IN COMPLIANCE WITH FEDERAL RULE OF

APPELLATE PROCEDURE 10(b)(1)(B)


I, David Sloane, Petitioner, pro se, hereby certify that no transcript will be ordered in the above-captioned appeal.

Respectfully submitted this twenty-second day of August, 2004.

David Sloane
Petitioner, pro se
48083-066   Unit N-2
Federal Medical Center - Devens
P. O. Box 879
Ayer, MA 01432

CERTIFICATION OF SERVICE

I, David Sloane, Petitioner, pro se, hereby certify that I have served a copy of this Certificate in Compliance with Federal Rule of Appellate Procedure 10(b)(1)(B) on counsel for the Respondent by U. S. First Class Mail deposited on this date and addressed to:
    George B. Henderson, II, A.U.S.A.
    U.S. Courthouse
    One Courthouse Way, Suite 9200
    Boston, MA 02210

August 22, 2004

David Sloane
Petitioner, pro se