# United States Court of Appeals
## For the First Circuit

No. 04-2155



DAVID SLOANE,

Petitioner, Appellant,

v.

DAVID L. WINN,

Respondent, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lynch, <u>Circuit Judges</u>.

JUDGMENT

Entered: February 24, 2005

    Petitioner appeals from the district court's denial of a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner's challenge to the Bureau of Prison's failure to place him in a community corrections setting is moot, as we are informed that he is currently in a community setting. Petitioner's challenge to the Bureau of Prison's method of calculating good conduct credit is foreclosed by <u>Perez-Olivo v. Chavez</u>, 394 F.3d 45 (1st Cir. 2005), in which we upheld as reasonable the Bureau's interpretation of the governing statute.

    The judgment is, therefore, <u>affirmed</u>.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

By: **MARGARET CARTER**
       Chief Deputy Clerk.

Deputy Clerk

Date: 4/15/05

[cc: David Sloane and George B. Henderson, AUSA ]